AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SEACOAST BANKING CORPORATION OF FLORIDA, and SEACOAST NATIONAL BANK <br><br> *Plaintiff(s)* <br> v. <br> MATTHEW DIEMER, JOSEPH DESOUSA, JOHN CASEBIER, BRIAN WICKMAN, and GARRY LITTLER, as individuals, and ONE FLORIDA BANK, a Florida Corporation <br><br> *Defendant(s)* | Civil Action No. 6:20-cv-57-ORL-37LRH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  
Matthew Diemer  
1732 Billie Lynn Point  
Sanford, FL  32773

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
Christopher C. Marquardt  
Alston & Bird LLP  
1201 West Peachtree Street  
Atlanta, GA  3039-3424

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **Jan 13, 2020**

*LaDarriusJernigan*  
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SEACOAST BANKING CORPORATION OF FLORIDA, and SEACOAST NATIONAL BANK<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW DIEMER, JOSEPH DESOUSA, JOHN CASEBIER, BRIAN WICKMAN, and GARRY LITTLER, as individuals, and ONE FLORIDA BANK, a Florida Corporation<br><br>*Defendant(s)* | Civil Action No. 6:20-cv-57-ORL-37LRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Joseph Desousa
391 Walrock St.
Debary, FL 32713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher C. Marquardt
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 3039-3424

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Jan 13, 2020**                                    *LaDarriusJernigan*
                                                          *Signature*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SEACOAST BANKING CORPORATION OF FLORIDA, and SEACOAST NATIONAL BANK<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW DIEMER, JOSEPH DESOUSA, JOHN CASEBIER, BRIAN WICKMAN, and GARRY LITTLER, as individuals, and ONE FLORIDA BANK, a Florida Corporation<br><br>*Defendant(s)* | Civil Action No. 6:20-cv-57-ORL-37LRH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    John Casebier
    741 Dixie Parkway
    Winter Park, FL 32789

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Christopher C. Marquardt
    Alston & Bird LLP
    1201 West Peachtree Street
    Atlanta, GA 3039-3424

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **Jan 13, 2020**

*LaDarriusJernigan*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SEACOAST BANKING CORPORATION OF FLORIDA, and SEACOAST NATIONAL BANK<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW DIEMER, JOSEPH DESOUSA, JOHN CASEBIER, BRIAN WICKMAN, and GARRY LITTLER, as individuals, and ONE FLORIDA BANK, a Florida Corporation<br><br>*Defendant(s)* | Civil Action No.  6:20-cv-57-ORL-37LRH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Brian Wickman
    423 N. Orange Ave.
    Sanford, FL  32771

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Christopher C. Marquardt
    Alston & Bird LLP
    1201 West Peachtree Street
    Atlanta, GA  3039-3424

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **Jan 13, 2020**    *LaDarriusJernigan*
    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SEACOAST BANKING CORPORATION OF FLORIDA, and SEACOAST NATIONAL BANK <br><br> *Plaintiff(s)* <br> v. <br> MATTHEW DIEMER, JOSEPH DESOUSA, JOHN CASEBIER, BRIAN WICKMAN, and GARRY LITTLER, as individuals, and ONE FLORIDA BANK, a Florida Corporation <br><br> *Defendant(s)* | Civil Action No.   6:20-cv-57-ORL-37LRH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
　　　　Garry Littler
　　　　650 Muscovy Circle, Apt. F
　　　　DeLand, FL  32720

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Christopher C. Marquardt
　　　　Alston & Bird LLP
　　　　1201 West Peachtree Street
　　　　Atlanta, GA  3039-3424

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:　**Jan 13, 2020**　　　　　　　　　　　　　　　　　　　　　　　　*LaDarriusJernigan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| SEACOAST BANKING CORPORATION OF FLORIDA, and SEACOAST NATIONAL BANK <br><br> *Plaintiff(s)* <br> v. <br> MATTHEW DIEMER, JOSEPH DESOUSA, JOHN CASEBIER, BRIAN WICKMAN, and GARRY LITTLER, as individuals, and ONE FLORIDA BANK, a Florida Corporation <br><br> *Defendant(s)* | Civil Action No.  6:20-cv-57-ORL-37LRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
One Florida Bank

Registered Agent:
Eric S. Nadeau
3660 Maguire Blvd.
Suite 250
Orlando, FL  32803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher C. Marquardt
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  3039-3424

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Jan 13, 2020**

*LaDarriusJernigan*
*Signature of Clerk or Deputy Clerk*